PearsoN, J.
 

 The declaration by
 
 the
 
 testatrix, that she does not leave the girl Maria, as a
 
 bond
 
 slave to any person ; the legacy to her of $25, which she could only take as a person, as distinguished from mere property, and the appointment of Simpson to act as trustee
 
 for
 
 her, treating her as a person, instead of appointing him a trustee
 
 of her,
 
 treating her as property, furnish strong ground for the position, that it was not the intention of
 
 *379
 
 the testatrix to bequeath the legal title of the girl, as property, to Simpson. As the girl was the property of the testatrix, upon her death, the legal title must belong to some one, and unless it was the intention to give it to Simpson, it remains with the executor ; and thus the assumed purpose of the testatrix would be defeated, because it would be impossible for Simpson to act as trustee
 
 for
 
 the girl, as a person, or as trustee
 
 of
 
 her as property, if the legal title remained with the executor.
 

 He was made trustee for the one purpose or the other, and neither can be accomplished without giving him the legal title. We do not feel at liberty to adopt a construction,
 
 by
 
 which the appointment of Simpson as trus* tee would be rendered wholly nugatory, and the purpose of the testatrix be necessarily defeated ; not by reason of anything
 
 dehors,
 
 but by reason of an intrinsic defect in the will; and we therefore conclude, that the legal title is given to Simpson.
 

 It is evident, that the testatrix supposed she had a right to confer on the girl the privilege oí acting as a free person, provided she appointed a trustee to act for her, by which she means, some person to act as her
 
 ostensible owner; but
 
 in whom the confidence or trust was reposed, that although he was in law the master, yet he would not treat her as a
 
 bond
 
 slave, but would allow her to live among the children of the testatrix, or else where, if she saw proper, as a privileged person. The trust is clearly unlawful, and the result of this suit can be a matter of but little consequence, for the residuary legatees, if there be any, if not, the next of kin, may in Equity have the trust declared void, and call for the legal title.
 

 Pee Curiam. Judgment affirmed.